# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Conroy, John M. | U.S. District Court-District of Vermont | 04/19/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

U.S. Post Office and Courthouse
Box 836
Burlington VT 05401

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/19/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Catholic Diocese of Vermont-salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Bar Assn. | March 26-27, 2012 | New York, NY | Federal Judiciary Dinner | Transportation, meals, hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/19/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ **NONE** *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Vermont Federal Credit Union | A | Interest | K | T | | | | | |
| 2. | Vanguard Prime Money Market | A | Interest | J | T | | | | | |
| 3. | land-Jackson Co. (CO) | | None | K | W | | | | | |
| 4. | Brokerage account # 1: | | | | | | | | | |
| 5. | Thermo Fischer scientific common stock | A | Dividend | | | Sold | 01/23/12 | J | B | |
| 6. | Anadarko Petroleum common stock | A | Dividend | | | Sold | 07/21/12 | J | C | |
| 7. | Continental Resources common stock | A | Dividend | J | T | Sold (part) | 02/24/12 | J | A | |
| 8. | EQT Corp common stock | A | Dividend | | | Sold | 10/30/12 | J | A | |
| 9. | Joy Global Inc. common stock | A | Dividend | | | Buy | 08/09/12 | J | | |
| 10. | | | | | | Sold | 10/30/12 | J | A | |
| 11. | Northern Oil and Gas common stock | A | Dividend | | | Sold | 10/30/12 | J | A | |
| 12. | Southwestern Energy Corp common stock | A | Dividend | | | Sold | 01/30/12 | J | B | |
| 13. | Venoco Inc. common stock | A | Dividend | | | Buy | 01/27/12 | J | | |
| 14. | | | | | | Sold | 05/02/12 | J | A | |
| 15. | Mastercard Inc. common stock | A | Dividend | J | T | Sold (part) | 03/05/12 | J | D | |
| 16. | Willis Group Holdings common stock | A | Dividend | | | Sold | 10/30/12 | J | A | |
| 17. | BCE Inc. common stock | A | Dividend | J | T | Buy | 12/18/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/19/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Berkshire Hathaway class B common stock | A | Dividend | | | Sold | 06/15/12 | J | B | |
| 19. Cabot Oil and Gas common stock | A | Dividend | | | Buy | 05/07/12 | J | | |
| 20. | | | | | Sold | 10/25/12 | J | B | |
| 21. Canadian Pacific Railway common stock | A | Dividend | J | T | Buy | 03/29/12 | J | | |
| 22. Celgene Corp common stock | A | Dividend | J | T | | | | | |
| 23. Coca Cola Inc. common stock | A | Dividend | J | T | Buy | 12/21/12 | J | | |
| 24. Crown Castle | A | Dividend | J | T | Buy | 03/06/12 | J | | |
| 25. Express Scripts common stock | A | Dividend | J | T | | | | | |
| 26. Facebook Inc. common stock | A | Dividend | J | T | Buy | 12/21/12 | J | | |
| 27. Freeport McMoran Copper & Gold Inc. common stock | A | Dividend | J | T | Buy | 12/21/12 | J | | |
| 28. General Dynamics Corp. common stock | A | Dividend | J | T | Buy | 12/21/12 | J | | |
| 29. Gilead Science Inc. common stock | A | Dividend | J | T | Buy | 12/21/12 | J | | |
| 30. Intuitive Surgical Common stock | A | Dividend | J | T | Sold (part) | 03/01/12 | J | A | |
| 31. IDEXX Labs common stock | A | Dividend | J | T | Sold (part) | 01/04/12 | J | B | |
| 32. Juniper Networks Inc. common stock | A | Dividend | J | T | Buy | 03/22/12 | J | | |
| 33. Lowe's Inc. common stock | A | Dividend | | | Buy | 03/12/12 | J | | |
| 34. | | | | | Sold | 10/30/12 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/19/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Microsoft Corp. common stock | A | Dividend | J | T | Buy | 03/07/12 | J | | |
| 36. Omnicare Inc. common stock | A | Dividend | J | T | Buy | 01/30/12 | J | | |
| 37. Polypore Inc. common stock | A | Dividend | | | Buy | 01/23/12 | J | | |
| 38. | | | | | Sold | 10/30/12 | J | A | |
| 39. Stanley Black and Decker common stock | A | Dividend | J | T | Buy | 03/19/12 | J | | |
| 40. Quidel Corp common stock | A | Dividend | | | Sold | 10/30/12 | J | A | |
| 41. Stillwater Mining Co. common stock | A | Dividend | | | Sold | 10/30/12 | J | A | |
| 42. Brookdale Senior Living common stock | A | Dividend | | | Sold | 07/20/12 | J | D | |
| 43. Apple Inc. common stock | A | Dividend | J | T | | | | | |
| 44. Citrix Systems Inc. common stock | A | Dividend | J | T | | | | | |
| 45. Google Inc. class A common stock | A | Dividend | | | Sold | 03/19/12 | J | C | |
| 46. Analog Devices common stock | A | Dividend | J | T | | | | | |
| 47. ARM Holdings PLC-SPONS ADR | A | Dividend | J | T | | | | | |
| 48. Expeditors Int'l Inc. common stock | A | Dividend | | | Sold | 10/30/12 | J | A | |
| 49. Verizon Comm'n Inc. common stock | A | Dividend | J | T | Sold (part) | 03/29/12 | J | B | |
| 50. Walt Disney Co. Holding Co. common stock | A | Dividend | J | T | Buy | 12/21/12 | J | | |
| 51. Western Asset Credit bond mutual fund #227 | A | Distribution | | | Sold | 08/13/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/19/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Pine Brook CO Water district bonds | A | Interest | | | Sold | 10/30/12 | J | A | |
| 53. State of Colorado Cultural Facilites bond | A | Interest | J | T | | | | | |
| 54. Fremont County CO bonds | A | Interest | K | T | | | | | |
| 55. State of Colorado CTFS bonds | A | Interest | J | T | | | | | |
| 56. Canaval Hill Tax Free money market account | A | Interest | | | Redeemed | 10/31/12 | L | A | |
| 57. CitiBank Money Market account | A | Interest | K | T | Open | 10/08/12 | K | | |
| 58. Trust #1 (income beneficiary): | | | | | | | | | |
| 59. BCE Inc. common stock | A | Dividend | J | T | Buy | 12/21/12 | J | | |
| 60. Cabot Oil and Gas common stock | A | Dividend | | | Buy | 05/12/12 | J | | |
| 61. | | | | | Sold | 10/25/12 | J | B | |
| 62. Canadian Pacific Railway common stock | A | Dividend | J | T | Buy | 03/29/12 | J | | |
| 63. Coca Cola Inc. common stock | A | Dividend | J | T | Buy | 12/21/12 | J | | |
| 64. Crown Castle Intern'l common stock | A | Dividend | J | T | Buy | 03/06/12 | J | | |
| 65. Emerson Electric common stock | A | Dividend | J | T | | | | | |
| 66. Facebook Inc. common stock | A | Dividend | J | T | Buy | 12/21/12 | J | | |
| 67. Freeport McMoran Copper & Gold common stock | A | Dividend | J | T | Buy | 12/21/12 | J | | |
| 68. General Dynamics Inc. common stock | A | Dividend | J | T | Buy | 12/21/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/19/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Gilead Science Inc. common stock | A | Dividend | J | T | Buy | 12/21/12 | J | | |
| 70. Thermo Fisher Scientific common stock | A | Dividend | | | Sold | 01/23/12 | J | A | |
| 71. Continental Resources common stock | A | Dividend | J | T | Sold (part) | 02/29/12 | J | C | |
| 72. EQT Corp common stock | A | Dividend | | | Sold | 10/25/12 | K | C | |
| 73. Joy Global Inc. common stock | A | Dividend | | | Buy | 08/06/12 | J | | |
| 74. | | | | | Sold | 10/25/12 | J | B | |
| 75. Juniper Networks common stock | A | Dividend | J | T | Buy | 03/22/12 | J | | |
| 76. Lowe's Inc. common stock | A | Dividend | | | Buy | 03/12/12 | J | | |
| 77. | | | | | Sold | 10/25/12 | J | A | |
| 78. Microsoft Inc. common stock | A | Dividend | J | T | Buy | 03/07/12 | J | | |
| 79. Northern Oil and Gas common stock | A | Dividend | | | Sold | 10/25/12 | J | A | |
| 80. Omnicare Inc. common stock | A | Dividend | J | T | Buy | 01/30/12 | J | | |
| 81. Polypore Inc. common stock | A | Dividend | | | Buy | 01/23/12 | J | | |
| 82. | | | | | Sold | 10/25/12 | J | A | |
| 83. Southwestern Energy Corp common stock | A | Dividend | | | Sold | 03/29/12 | J | C | |
| 84. Venoco Inc. common stock | A | Dividend | | | Buy (add'l) | 1/17/12 | J | | |
| 85. | | | | | Sold | 05/02/12 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/19/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Stanley Black and Decker Inc. common stock | A | Dividend | J | T | Buy | 03/19/12 | J | | |
| 87. Walt Disney Co. Holding Co. common stock | A | Dividend | J | T | Buy | 12/21/12 | J | | |
| 88. Willis Holding Group Inc. | A | Dividend | | | Sold | 10/25/12 | J | A | |
| 89. Berkshire Hatthaway class B common stock | A | Dividend | J | T | | | | | |
| 90. Celgenne Corp common stock | A | Dividend | K | T | | | | | |
| 91. Express Scripts Inc. common stock | A | Dividend | J | T | | | | | |
| 92. Intuitive Surgical inc. common stock | A | Dividend | J | T | Sold (part) | 03/01/12 | J | B | |
| 93. IDEXX Labs Inc. common stock | A | Dividend | J | T | Sold (part) | 03/06/12 | J | C | |
| 94. Quidel Inc. common stock | A | Dividend | | | Sold | 10/25/12 | J | B | |
| 95. Stillwater Mining Inc. common stock | A | Dividend | | | Sold | 10/25/12 | J | A | |
| 96. Brookdale Senior Living common stock | A | Dividend | | | Sold | 07/17/12 | J | D | |
| 97. Apple Inc. common stock | A | Dividend | J | T | | | | | |
| 98. Citrix Systems Inc. common stock | A | Dividend | K | T | | | | | |
| 99. Google Class A common stock | A | Dividend | | | Sold | 03/19/12 | J | C | |
| 100. Analog Devices common stock | A | Dividend | J | T | | | | | |
| 101. Expeditors Intl Inc. common stock | A | Dividend | | | Sold | 01/18/12 | J | C | |
| 102. ARM Holdings PLC-Spons ADR | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/19/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Verizon Comm'n common stock | A | Dividend | K | T | | | | | |
| 104. Western Asset Cre. BD Port-1 mutual fund #227 | A | Distribution | | | Sold | 10/25/12 | J | A | |
| 105. Pinebrook CO Water District bond | A | Interest | | | Sold | 10/25/12 | K | A | |
| 106. Grand County CO Library District bond | A | Interest | J | T | | | | | |
| 107. Fremont County CO bond | A | Interest | K | T | | | | | |
| 108. E-470 Public Highway Auth CO Bond | A | Interest | J | T | | | | | |
| 109. Morgan & Wash. County CO SD bond | A | Interest | J | T | | | | | |
| 110. Colorado State Bond CTFS | A | Interest | K | T | | | | | |
| 111. Black Hawk CO Tax Rev Bond | A | Interest | J | T | | | | | |
| 112. Interlocken Metro District CO bond | A | Interest | | | Sold | 10/25/12 | J | A | |
| 113. Cavanal Hill Tax Free Money market acct | A | Interest | | | Redeemed | 10/25/12 | J | A | |
| 114. Citibank money market acct | A | Interest | L | T | Open | 10/09/12 | L | | |
| 115. Trust #2 (income beneficiary): | | | | | | | | | |
| 116. Canadian Pacific Railway common stock | A | Dividend | J | T | Buy | 03/26/12 | J | | |
| 117. Crown Castle Intr. common stock | A | Dividend | J | T | Buy | 03/01/12 | J | | |
| 118. Juniper Networks comon stock | A | Dividend | | | Buy | 01/22/12 | J | | |
| 119. | | | | | Sold | 08/15/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/19/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ]  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Lowe's Corp common stock | A | Dividend | | | Buy | 03/07/12 | J | | |
| 121. | | | | | Sold | 10/25/12 | J | A | |
| 122. Microsoft Corp. common stock | A | Dividend | J | T | Buy | 03/07/12 | J | | |
| 123. Omnicare Inc. common stock | A | Dividend | J | T | Buy | 01/30/12 | J | | |
| 124. Polypore Inter. common stock | A | Dividend | | | Buy | 01/18/12 | J | | |
| 125. | | | | | Sold | 10/25/12 | J | A | |
| 126. Stanley Black and Decker common stock | A | Dividend | J | T | Buy | 03/14/12 | J | | |
| 127. Cabot Oil and Gas common stock | A | Dividend | | | Buy | 05/12/12 | J | | |
| 128. | | | | | Sold | 10/25/12 | J | A | |
| 129. Joy Global Inc. | A | Dividend | | | Buy | 08/01/12 | J | | |
| 130. | | | | | Sold | 10/25/12 | J | A | |
| 131. Thermo Fischer Scientific common stock | A | Dividend | | | Sold | 01/18/12 | J | A | |
| 132. Gilead Science common stock | A | Dividend | J | T | Buy | 12/18/12 | J | | |
| 133. Freeport McMoran CP & GLD | A | Dividend | J | T | Buy | 12/18/12 | J | | |
| 134. Gen'l Dynamics common stock | A | Dividend | J | T | Buy | 12/18/12 | J | | |
| 135. Coca Cola common stock | A | Dividend | J | T | Buy | 12/18/12 | J | | |
| 136. Walt Disney common stock | A | Dividend | J | T | Buy | 12/18/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/19/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. BCE Inc. common stock | A | Dividend | J | T | Buy | 12/18/12 | J | | |
| 138. Facebook Inc. common stock | A | Dividend | J | T | Buy | 12/18/12 | J | | |
| 139. Anadarko Petroleum common stock | A | Dividend | J | T | | | | | |
| 140. Continental Resources common stock | A | Dividend | | | Sold | 02/29/12 | J | A | |
| 141. EQT Inc. common stock | A | Dividend | | | Sold | 10/25/12 | J | A | |
| 142. Southwestern Energy Corp common stock | A | Dividend | | | Sold | 03/29/12 | J | A | |
| 143. Venoco Inc. common stock | A | Dividend | | | Buy (add'l) | 01/18/12 | J | | |
| 144. | | | | | Sold | 05/04/12 | J | A | |
| 145. Willis Holdings Group common stock | A | Dividend | | | Sold | 10/25/12 | J | A | |
| 146. Berkshire Hathaway Class B common stock | A | Dividend | J | T | | | | | |
| 147. Celgene Corp common stock | A | Dividend | J | T | | | | | |
| 148. Express Scripts Inc. common stock | A | Dividend | J | T | | | | | |
| 149. Intuitive Surgical Inc. common stocck | A | Dividend | | | Sold | 03/29/12 | J | A | |
| 150. IDEXX Labs Inc. common stock | A | Dividend | J | T | | | | | |
| 151. Quidel Corp. common stock | A | Dividend | | | Sold | 10/25/12 | J | A | |
| 152. Stillwater Mining common stock | A | Dividend | J | T | | | | | |
| 153. Brookdale Senior Living Inc. common stock | A | Dividend | | | Sold | 07/12/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/19/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Apple Inc. common stock | A | Dividend | J | T | | | | | |
| 155. Citrix Systems Inc. common stock | A | Dividend | J | T | | | | | |
| 156. Google Class A common stock | A | Dividend | J | T | | | | | |
| 157. Analog Devices Inc. common stock | A | Dividend | J | T | | | | | |
| 158. ARM Holdings PLC-Spon ADR | A | Dividend | J | T | | | | | |
| 159. Expeditors Intern'l Inc. common stock | A | Dividend | | | Sold | 10/25/12 | J | A | |
| 160. Verizon Comm'n Inc. common stock | A | Dividend | | | Sold | 03/26/12 | J | A | |
| 161. Western Asset Cre. BD Port-I mutual fund | A | Distribution | | | Sold | 03/02/12 | J | A | |
| 162. Pinebrook Water district CO bond | A | Interest | | | Sold | 10/25/12 | J | A | |
| 163. Colorado. Ed. & Cultural Facilities Bond | A | Interest | J | T | | | | | |
| 164. El Paso County CO bond | A | Interest | J | T | | | | | |
| 165. Grand County Lib. District CO bond | A | Interest | J | T | | | | | |
| 166. E-470 Highway Auth CO bond | A | Interest | J | T | | | | | |
| 167. Colorado State CTFS muni bond | A | Interest | J | T | | | | | |
| 168. Black Hawk CO Tax Rev Bond | A | Interest | J | T | | | | | |
| 169. Interlocken Metro Dist. CO bond | A | Interest | | | Sold | 10/25/12 | J | A | |
| 170. Citibank Money market acct. | A | Interest | J | T | Open | 09/19/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/19/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Cavanal Hill Tax Free Money Market acct | A | Interest | | | Closed | 09/19/12 | J | A | |
| 172. IRA acct (self): | | | | | | | | | |
| 173. Berkshire Hathaway class B common stock | A | Dividend | J | T | | | | | |
| 174. Jensen Quality Growth mutual fund | A | Distribution | K | T | | | | | |
| 175. Sequoia mutual fund | A | Distribution | K | T | | | | | |
| 176. Schwab Cash Reserve money market account | A | Interest | J | T | Buy (add'l) | 09/18/12 | J | | |
| 177. Coca-Cola common stock | A | Dividend | J | T | Buy | 12/18/12 | J | | |
| 178. IRA acct. (spouse): | | | | | | | | | |
| 179. Schwab Cash Reserve Money Market account | A | Interest | J | T | Buy (add'l) | 06/30/12 | J | | |
| 180. Berkshire Hathaway class B common stock | A | Interest | J | T | | | | | |
| 181. Fidelity Contra Fund | A | Int./Div. | J | T | | | | | |
| 182. T Rowe Price Growth Fund | A | Int./Div. | J | T | | | | | |
| 183. Jensen Quality Growth mutual fund | A | Distribution | J | T | Buy (add'l) | 04/15/12 | J | | |
| 184. | | | | | Buy (add'l) | 06/15/12 | J | | |
| 185. | | | | | Buy (add'l) | 09/15/12 | J | | |
| 186. | | | | | Buy (add'l) | 12/15/12 | J | | |
| 187. Sequoia Fund mutual fund | A | Distribution | J | T | Buy (add'l) | 01/15/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/19/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 03/15/12 | J | | |
| 189. | | | | | Buy (add'l) | 06/12/12 | J | | |
| 190. | | | | | Buy (add'l) | 09/15/12 | J | | |
| 191. Vanguard Wellington Fund | A | Int./Div. | J | T | | | | | |
| 192. Vanguard Windsor II Fund | A | Int./Div. | J | T | | | | | |
| 193. Brokerage acct #3: | | | | | | | | | |
| 194. Berkshire Hathaway class B common stock | A | Dividend | J | T | | | | | |
| 195. Bank of India CD | A | Interest | | | Matured | 01/11/12 | J | A | |
| 196. Schwab money market acct | A | Interest | J | T | | | | | |
| 197. US Savings Bonds | A | Interest | | | Matured | 12/26/12 | K | E | |
| 198. Vanguard S&P 500 Index fund | A | Int./Div. | J | T | Buy (add'l) | 09/15/12 | J | | |
| 199. Brokerage acct #4: | | | | | | | | | |
| 200. Berkshire Hathaway class B common stock | A | Dividend | J | T | | | | | |
| 201. Fidelity Value Mutual Fund | A | Int./Div. | J | T | | | | | |
| 202. Vanguard Windsor II Mutual Fund | A | Int./Div. | J | T | | | | | |
| 203. Sovereign Bank CD | A | Interest | | | Matured | 03/09/12 | J | A | |
| 204. GE Money Bank CD | A | Interest | | | Matured | 02/08/12 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/19/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. Beal Bank CD | A | Interest | | | Matured | 01/18/12 | J | A | |
| 206. Bank of India CD | A | Interest | | | Matured | 01/11/12 | J | A | |
| 207. GE Capital Retail Bank CD | A | Interest | | | Matured | 02/23/12 | J | A | |
| 208. Bank of China CD | A | Interest | | | Matured | 05/23/12 | J | A | |
| 209. Charles Schwab Cash sweep acct | A | Interest | K | T | Buy (add'l) | 04/15/12 | K | | |
| 210. 403(b) plan (Spousal): | | | | | | | | | |
| 211. TIAA-CREF Growth Stock Fund | A | Int./Div. | K | T | Buy (add'l) | 03/15/12 | J | | |
| 212. | | | | | Buy (add'l) | 06/30/12 | J | | |
| 213. | | | | | Buy (add'l) | 09/15/12 | J | | |
| 214. | | | | | Buy (add'l) | 12/31/12 | J | | |
| 215. TIAA-CREF Equity stock Fund | A | Int./Div. | K | T | Buy (add'l) | 03/31/12 | J | | |
| 216. | | | | | Buy (add'l) | 06/30/12 | J | | |
| 217. | | | | | Buy (add'l) | 09/15/12 | J | | |
| 218. | | | | | Buy (add'l) | 12/31/12 | J | | |
| 219. TIAA-CREF Stock Fund | A | Int./Div. | K | T | Buy (add'l) | 03/30/12 | J | | |
| 220. | | | | | Buy (add'l) | 06/15/12 | J | | |
| 221. | | | | | Buy (add'l) | 09/30/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/19/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 12/31/12 | J | | |
| 223.  John Hancock Blue Chip Growth Fund | A | Int./Div. | K | T | Buy (add'l) | 03/31/12 | J | | |
| 224. | | | | | Buy (add'l) | 06/30/12 | J | | |
| 225. | | | | | Buy (add'l) | 09/30/12 | J | | |
| 226. | | | | | Buy (add'l) | 12/31/12 | J | | |
| 227. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conroy, John M. | 04/19/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John M. Conroy**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544